

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Heritage SNF d/b/a Heritage Plaza Nursing
and Rehabilitation Center, Appellant

No. 06-15-00070-CV          v.

George Fisher, Individually and as
Independent Executor of the Estate of
Wilmer Giddens, Deceased, Appellee

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No. 06-
C1701-CCL).    Memorandum  Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to

dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk